1  CHRISTINE M. PAJAK (STATE BAR NO. 217173), and
   cpajak@stutman.com
2  NEETA MENON (STATE BAR NO. 254736), Members of
   nmenon@stutman.com
3  STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
4  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067
5  Telephone:   (310) 228-5600
   Facsimile:   (310) 228-5788
6
7  Attorneys for NCB and NCB, FSB
8
                     UNITED STATES BANKRUPTCY COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
                           RIVERSIDE DIVISION
10
11  In re:                                )  Main Case No. 6:09-16530-TD
                                          )
12  WMI, a California corporation, *et al.*,  )  Jointly Administered with:
                                          )       Case No. 6:09-16536-TD
13                                        )       Case No. 6:09-16543-TD
                  Debtors.                )       Case No. 6:09-16550-TD
14                                        )
   ─────────────────────────────────────) Chapter 11
15                                        )
                                          )  **SUBMISSION OF APPRAISAL IN**
16  ☒ Affects All Debtors                 )  **SUPPORT OF THE OBJECTION BY NCB**
                                          )  **AND NCB, FSB TO THE SECOND**
17  ☐ Affects WMI only                    )  **SUPPLEMENT TO THE DEBTORS'**
                                          )  **EMERGENCY MOTION FOR USE OF**
18  ☐ Affects WMI I only                  )  **CASH COLLATERAL ON AN INTERIM**
                                          )  **BASIS PENDING A FINAL HEARING**
19  ☐ Affects WMIRE only                  )
                                          )
20  ☐ Affects Williams Mechanical, Inc. only )       Hearing
                                          )
21                                        )
                                          )  Date:   April 28, 2009
22                                        )  Time:   2:00 p.m.
                                          )  Place:
23                                        )
                                          )       Appearance in Person
24                                        )       Courtroom 1345
                                          )       255 E. Temple St.
25                                        )       Los Angeles, CA 90012, or
                                          )
26                                        )       Appearance by Teleconference
                                          )       Courtroom 303
27                                        )       3420 Twelfth St.
                                          )       Riverside, CA  92501
28                                        )
   ─────────────────────────────────────)

486318v1

1  In support of the Objection by NCB and NCB, FSB to the "Second Supplement

2  To The Debtors' Emergency Motion For Use Of Cash Collateral On An Interim Basis Pending

3  A Final Hearing," which is being concurrently filed herewith, attached hereto as Exhibit "A" is

4  a copy of the "Self Contained Appraisal Report" that was prepared by Doug Smaldino, MAI of

5  CBRE – Valuation & Advisory Services.

7  Dated:  April 28, 2009                      ___/s/ Christine M. Pajak_____

Christine M. Pajak, and
8                                              Neeta Menon, Members of
STUTMAN, TREISTER & GLATT
9                                              PROFESSIONAL CORPORATION

10                                             Attorneys for NCB and NCB, FSB

# EXHIBIT A

WILLIAMS MECHANICAL INDUSTRIAL BUILDING
53-462 Enterprise Way
Coachella, Riverside County, California  92236
CBRE File No. 09-242NB-0432
Client Reference No. N/A



**Self Contained
Appraisal Report**

## Prepared for:

Gloria Exum
Vice President/Loan Closing
NATIONAL COOPERATIVE BANK
2011 Crystal Drive, Suite 800
Arlington, VA  22202

VALUATION & ADVISORY SERVICES





3501 Jamboree Road, Suite 100
Newport Beach, CA, 92660

T (949) 725-8411
F (949) 725-8440

www.cbre.com

April 20, 2009

Gloria Exum
Vice President/Loan Closing
**NATIONAL COOPERATIVE BANK**
2011 Crystal Drive, Suite 800
Arlington, VA 22202

RE:    Appraisal of the Williams Mechanical Industrial Building
        53-462 Enterprise Way
        Coachella, Riverside County, California
        CBRE File No 09-242NB-0432
        Client Reference No N/A

Dear Ms. Exum:

At your request and authorization, CB Richard Ellis (CBRE) has prepared an appraisal of the market value of the referenced property. Our analysis is presented in the following Self Contained Appraisal Report.

The subject property is a 47,890 square foot industrial building situated on a 2.830-acre site in Coachella, Riverside County, California. Currently, 23,832 square feet of the building is owner/occupied by Williams Mechanical while the remaining portion (24,058 SF) of the building is currently vacant and available for lease. It should be noted that the majority of the Williams Mechanical space (80%) is two-story office while a small portion of the suite is warehouse. The vacant space was designed for multi-tenant occupancy with each suite a minimum of 2,400 square feet in size. However, since the building was completed in April 2008, no leases have been signed for the vacant space and the property owner currently doesn't have a broker marketing the space for lease. The subject is more fully described, legally and physically within the enclosed report.

Based on the analysis contained in the following report, the market value of the subject is concluded as follows:

© 2009 CB Richard Ellis, Inc.

EXHIBIT A

4

| MARKET VALUE CONCLUSION | | | |
|---|---|---|---|
| **Appraisal Premise** | **Interest Appraised** | **Date of Value** | **Value Conclusion** |
| As Is | Fee Simple Estate | April 15, 2009 | $3,400,000 |
| As If Stabilized Today | Fee Simple Estate | April 15, 2009 | $3,400,000 |
| Liquidation Value (6 months) | Fee Simple Estate | April 15, 2009 | $2,720,000 |
| Compiled by CBRE | | | |

## SPECIAL ASSUMPTIONS

- Information as to the land area has been derived from the County Assessor's maps. The square footage of the improvements is based on information provided within the plans provided to the appraisers and discussions with the developer. We reserve the right to amend our opinion of value expressed in this report if a survey discloses that the size or area of the above real property, including improvements, differs from that used in this report.

Data, information, and calculations leading to the value conclusion are incorporated in the report following this letter. The report, in its entirety, including all assumptions and limiting conditions, is an integral part of, and inseparable from, this letter.

Substantial volatility in the capital markets has increased uncertainty in the real property marketplace. It is difficult to predict what may happen in the capital markets going forward. As a result, it is difficult to predict what may happen to real property values over time. Our valuation of the subject property considered the best information that was available at the time of our analysis. Due to on-going volatility in the marketplace, users of this appraisal should consider the current market uncertainty when determining the level of confidence they choose to place on these analyses and conclusions. Users are reminded that the appraisal conclusions in this report are effective as of the stated date(s) of valuation.

The following appraisal sets forth the most pertinent data gathered, the techniques employed, and the reasoning leading to the opinion of value. The analyses, opinions and conclusions were developed based on, and this report has been prepared in conformance with, our interpretation of the guidelines and recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP), the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute, the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA) and Title XI Regulations.

The report is for the sole use of the client; however, client may provide only complete, final copies of the appraisal report in its entirety (but not component parts) to third parties who shall review such reports in connection with loan underwriting or securitization efforts. Appraiser is not required to explain or testify as to appraisal results other than to respond to the client for routine and customary questions. Please note that our consent to allow an appraisal report prepared by CBRE or portions of such report, to become part of or be referenced in any public offering, the granting of such consent will be at our sole discretion and, if given, will be on condition that we will be provided with an Indemnification Agreement and/or Non-Reliance letter, in a form and content satisfactory to us, by a party satisfactory to us. We do consent to your submission of the reports to rating agencies, loan



© 2009 CB Richard Ellis, Inc.

5

participants or your auditors in its entirety (but not component parts) without the need to provide us with an Indemnification Agreement and/or Non-Reliance letter.

CBRE hereby expressly granted to Client the right to copy this report and distribute it to other parties in the transaction for which this report has been prepared, including employees of Client, other lenders in the transaction, and the borrower, if any. It has been a pleasure to assist you in this assignment. If you have any questions concerning the analysis, or if CBRE can be of further service, please contact us.

Respectfully submitted,

**CBRE - VALUATION & ADVISORY SERVICES**

Doug Smaldino, MAI
Vice President
California State Certification No. AG027705

Phone:  (949) 725-8439
Fax:     (949) 725-8440
Email:  doug.smaldino@cbre.com



© 2009 CB Richard Ellis, Inc.

**EXHIBIT A**

## CERTIFICATION OF THE APPRAISAL

We certify to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in or bias with respect to the property that is the subject of this report and have no personal interest in or bias with respect to the parties involved with this assignment.

4. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

5. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

6. This appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.

7. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice, as well as the requirements of the State of California.

8. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Appraisal Practice.

9. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

10. As of the date of this report, Doug Smaldino, MAI has completed the continuing education program of the Appraisal Institute.

11. Doug Smaldino, MAI has made a personal inspection of the property that is the subject of this report.

12. No one provided significant real property appraisal assistance to the persons signing this report.

13. Valuation & Advisory Services operates as an independent economic entity within CBRE. Although employees of other CBRE divisions may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy are maintained at all times with regard to this assignment without conflict of interest.

Doug Smaldino, MAI
California State Certification No. AG027705

i



© 2009 CB Richard Ellis, Inc.

## SUBJECT PHOTOGRAPHS



AERIAL VIEW

© 2009 CB Richard Ellis, Inc.

EXHIBIT A



FRONT VIEW OF THE SUBJECT



NORTH SIDE OF THE BUILDING – LOOKING EAST

iii

© 2009 CB Richard Ellis, Inc.

EXHIBIT  A



STREET VIEW FROM ENTERPRISE WAY



PARKING LOT – LOOKING WEST

iv

© 2009 CB Richard Ellis, Inc.

EXHIBIT A


SUBJECT PROPERTY – SOUTH SIDE LOOKING NORTHEAST


SUBJECT PROPERTY – SOUTH SIDE LOOKING NORTHWEST

v

© 2009 CB Richard Ellis, Inc.

EXHIBIT A                                                                      11